0 7291

WITHDRAWN
AND NOT
REISSUED